FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11) Judgment in a Civil Action

Aug 24, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

JARED ANTHONY WINTERER,

*Plaintiff*

v.

UNITED STATES,

*Defendant*

Civil Action No. 2:26-cv-262-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

✔ other: Pursuant to the Order at ECF No. 12, this action is DISMISSED without prejudice for nonpayment of the filing fee as require by 28 U.S.C. § 1914.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

✔ decided by Judge Edward F. Shea

Date: 8/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*